**12-Person Jury**

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 12/24/2025 9:00 AM

FILED
10/27/2025 2:01 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L013344
Calendar, A
35070436

FILED DATE: 10/27/2025 2:01 PM 2025L013344

**IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION**

MARIA MATARRESE,

Plaintiff,

v.

TARGET CORPORATION, a foreign corporation, d/b/a Target,

Defendant.

No.:

Plaintiff Demands a Jury Trial

**<u>COMPLAINT AT LAW</u>**

Plaintiff, MARIA MATARRESE, through her attorneys ROMANUCCI & BLANDIN, complains of Defendant, TARGET CORPORATION, a foreign corporation, d/b/a Target, pleading hypothetically and in the alternative where stated or applicable, hereby states as follows:

**<u>FACTUAL ALLEGATIONS AND JURISDICTION</u>**

1. On July 31, 2024, and at all times relevant herein, Plaintiff, MARIA MATARRESE, was a resident of Cook County, Illinois.

2. At all times relevant herein, there was a law in full force and effect in the State of Illinois governing venue, 735 ILCS 5/2-102, which, *inter alia*, provides that any private corporation is a resident of any county in which it has its registered office or other office or is doing business.

3. On July 31, 2024, and at all times relevant herein, Defendant, TARGET CORPORATION, a foreign corporation, d/b/a Target, (hereinafter referred to as "TARGET") had a place of business listed at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

4. On July 31, 2024, and at all times relevant herein, there existed a retail store



**EXHIBIT A**

FILED DATE: 10/27/2025 2:01 PM 2025L013344

incorporated under the laws of and licensed to do business at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois, commonly known as Target.

5. On July 31, 2024, and at all times relevant herein, Defendant TARGET was doing business as Target located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

6. On July 31, 2024, and at all times relevant herein, Defendant TARGET owned the premises located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

7. On July 31, 2024, and at all times relevant herein, Defendant TARGET operated the premises located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

8. On July 31, 2024, and at all times relevant herein, Defendant TARGET managed the premises located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

9. On July 31, 2024, and at all times relevant herein, Defendant TARGET maintained the premises located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

10. On July 31, 2024, and at all times relevant herein, Defendant TARGET controlled the premises located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

11. On July 31, 2024, and at all times relevant herein, the Target located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois was open for business to the general public.

12. On July 31, 2024, and at all times relevant herein, there existed a pool of water on

FILED DATE: 10/27/2025 2:01 PM 2025L013344

the floor of the frozen food section of the Target located at 850 W. North Avenue, Melrose Park, Illinois, Cook County, State of Illinois.

13. The pooling water was an unnatural condition of water.

14. On July 31, 2024, the pooled water was an unreasonably dangerous condition in that:

a. The pooling water made the frozen food section of the Target unsafe for guests;

b. The pooling water made the floor slippery;

c. The pooling water was difficult to see;

d. The pooling water was not cordoned off;

e. There were no signs indicating the condition of the pooling water;

f. There were no audio signals indicating the condition of the pooling water; and

g. There were no signs directing pedestrians to alternate routes.

15. On July 31, 2024, the condition of the pooling water presented an unreasonable risk of harm to people on the property.

16. On July 31, 2024, Defendant TARGET knew or in the exercise of ordinary care should have known about the condition of the pooling water.

17. On July 31, 2024, Defendant TARGET knew or in the exercise of ordinary care should have known about the risk the condition posed to guests in the frozen foods section.

18. On July 31, 2024, Plaintiff MARIA MATARRESE was lawfully in the frozen foods section of the Target.

19. On July 31, 2024, Plaintiff MARIA MATARRESE was walking in the frozen foods section of the Target when she slipped and fell on the pooling water.

FILED DATE: 10/27/2025 2:01 PM 2025L013344

20. On July 31, 2024, Plaintiff MARIA MATARRESE was injured as a result of her fall.

**COUNT I—NEGLIGENCE**
***NICOLE CARRANO-RIVERA v. TARGET CORPORATION, a foreign corporation, d/b/a Target***

21. Plaintiff incorporates by reference paragraphs 1 through 20 of the Factual Allegations, as though fully stated herein.

22. It was the duty of Defendant TARGET, before and at the time of the occurrence, to use ordinary care for the safety of the plaintiff.

23. Notwithstanding said duty, on the aforesaid date and at said place, Defendant TARGET by and through its duly authorized agents, employees, and/or servants committed one or more of the following acts and/or omissions:

a. Exposed Maria Matarrese to a slip hazard;

b. Failed to cordon off the pooling water;

c. Failed to place warning signs near the pooling water;

d. Failed to direct Maria Matarrese to a safe path;

e. Failed to warn Maria Matarrese about the condition of the pooling water;

f. Allowed a dangerous condition to exist on the property; and/or

g. Was otherwise negligent in ways to be determined throughout discovery.

25. At the aforesaid time and place, as a result of one or more of the foregoing acts and/or omissions, the Plaintiff suffered a fall resulting in serious injury to her person.

26. The aforesaid injuries sustained by Plaintiff are permanent.

27. As a further and direct proximate result of the aforesaid injuries, Plaintiff has experienced physical pain, loss of normal life, disability, lost wages, legal obligations for

FILED DATE: 10/27/2025 2:01 PM 2025L013344

medical and hospital bills, disfigurement, and other damages all of which are permanent in nature.

WHEREFORE, Plaintiff MARIA MATARRESE through her attorneys, ROMANUCCI & BLANDIN, prays for judgment against Defendant TARGET CORPORATION, a foreign corporation, d/b/a Target for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the jurisdictional limit of the law division of the Circuit Court of Cook County.

**COUNT II – PREMISES**
***NICOLE CARRANO-RIVERA v. TARGET CORPORATION, a foreign corporation, d/b/a Target***

27. Plaintiff re-alleges paragraphs 1 through 20 as if fully stated herein as paragraph 27 of her Complaint at Law.

28. It was the duty of Defendant TARGET, as an owner and occupier of the property in question, to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the property.

29. Notwithstanding said duty, Defendant TARGET committed one or more of the following acts and/or omissions:

a. Failed to warn Maria Matarrese about the pooling water;

b. Failed to see that the property was safe for Maria Matarrese;

c. Failed to provide people an alternate path away from the pooling water;

d. Allowed a dangerous condition to exist on the premises; and/or

e. Was otherwise negligent in ways to be determined throughout discovery.

30. At the aforesaid time and place, as a result of one or more of the foregoing acts and/or omissions, the Plaintiff suffered a fall resulting in serious injury to her person.

31. The aforesaid injuries sustained by Plaintiff are permanent.

FILED DATE: 10/27/2025 2:01 PM 2025L013344

32. As a further and direct proximate result of the aforesaid injuries, Plaintiff has experienced physical pain, loss of normal life, disability, lost wages, legal obligations for medical and hospital bills, disfigurement, and other damages all of which are permanent in nature.

WHEREFORE, Plaintiff MARIA MATARRESE through her attorneys, ROMANUCCI & BLANDIN, prays for judgment against Defendant TARGET CORPORATION, a foreign corporation, d/b/a Target for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the jurisdictional limit of the law division of the Circuit Court of Cook County.

Respectfully Submitted,

Isabella Mazzanti

An Attorney for Plaintiff

**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
t.: 312.253.8820
f.: 312.458.1004 ATTN: Isabella
e.: imazzanti@rblaw.net
ARDC No.: 6349562
Atty. No.: 35875

FILED DATE: 10/27/2025 2:01 PM 2025L013344

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, LAW DIVISION**

MARIA MATARRESE,

Plaintiff,

v.

TARGET CORPORATION, a foreign corporation, d/b/a Target,

Defendant.

No.:

Plaintiff Demands a Jury Trial

**JURY DEMAND**

The undersigned demands a jury trial.

Respectfully Submitted,

Respectfully Submitted,

By: */s/ Isabella Mazzanti*
An Attorney for Plaintiffs

Isabella Mazzanti
**ROMANUCCI & BLANDIN, LLC.**
321 N. Clark St., Suite 900
Chicago, IL 60654
t.: 312.253.8820
f.: 312.458.1004
imazzanti@rblaw.net
Attorney No. 35875