## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Maria Matarrese

                    Plaintiff,

v.                                          Case No.: 1:25–cv–14484
                                            Honorable Jorge L. Alonso

Target Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

    MINUTE entry before the Honorable Jorge L. Alonso: At the parties' request, the 4/23/26 status hearing is stricken. The parties shall submit a joint status report by 5/21/26 updating the Court on the status of settlement negotiations and providing proposed case deadlines in the event a settlement has not been reached. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.